

RECEIVED

FEB 2 2 2023

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:23-cr-009 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| LINDA MARIE COMBS, | ) | T. 18 U.S.C. § 1040 |
| also known as, Linda Marie Vondras, | ) | T. 18 U.S.C. § 2 |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Fraud in Connection with Disaster Benefits)

On or about March 24, 2019, in the Southern District of Iowa, the defendant, LINDA

MARIE COMBS, also known as, Linda Marie Vondras, knowingly made a materially false,

fictious, and fraudulent statement and representation to the Federal Emergency Management

Agency (FEMA) in an application for benefits authorized, transported, transmitted, transferred,

disbursed and paid in connection with the Presidential Disaster Declaration for the State of Iowa

(FEMA-Disaster 4421), effective on or about March 23, 2019, said disaster declaration having

been made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance

Act and the benefit referenced above concerned a record, voucher, payment, money, or thing of

value of the United States or any department or agency thereof; that is, the defendant knowingly

and fraudulent applied for FEMA assistance pertaining to damage to a residence located at 710

Front Street, Pacific Junction, Iowa and in relation to that application, claimed that said residence

was her primary residence when, in fact, it was not her primary residence and therefore, did not qualify for FEMA relief.

This is a violation of Title 18, United States Code, Sections 1040 and 2.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney